UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

July 06, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Cody Barnhill, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-22-511 |
| | § | |
| Bobby Lumpkin, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

## Order of Adoption

On May 25, 2022, Magistrate Judge Peter Bray recommended that the court dismiss with prejudice Cody Barnhill's petition for writ of habeas corpus because Barnhill failed to state an actionable basis for federal habeas relief. (9) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on July 5, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge